denied.

PFEIFER and O'DONNELL, JJ., dissent.

**2008–0474. State v. Donaldson.**

Cuyahoga App. No. 90438. On motion for leave to file delayed appeal. Motion denied.

CUPP, J., dissents.

**2008–0479. State v. McCoy.**

Licking App. No. 05–CA–29, 2006-Ohio-56. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**2008–0480. State v. King.**

Summit App. No. 23980. On motion for leave to file delayed appeal. Motion denied.

O'DONNELL and CUPP, JJ., dissent.

**2008–0486. State v. Keeling.**

Hamilton App. No. C–010610, 2002-Ohio-3299. On motion for leave to file delayed appeal. Motion denied.

**2008–0497. State v. Castleberry.**

Summit App. No. 23644, 2007-Ohio-5803. On motion for leave to file delayed appeal. Motion denied.

**2008–0503. State v. Woodward.**

Cuyahoga App. No. 86415. On motion for leave to file delayed appeal. Motion denied.

**2008–0505. State ex rel. Mowen v. Mowen.**

Warren App. No. CA2007–10–119. On motion of Clermont County Department of Job and Family Services for leave to intervene as appellee and appellant's motion to strike the motion for leave to intervene. Motion for leave to intervene granted. Motion to strike denied.

**2008–0508. State v. Cameron.**

Lake App. No. 2007–L–004, 2007-Ohio-6935. On motion for leave to file delayed appeal. Motion denied.

LUNDBERG STRATTON and CUPP, JJ., dissent.

**2008–0519. Ruf v. Ruf.**

Summit App. No. 23813, 2008-Ohio-663. On motion for stay of court of appeals' judgment. Motion granted subject to the bond already posted with the court of appeals.

PFEIFER, LUNDBERG STRATTON, and LANZINGER, JJ., dissent.

**2008–0524. State v. Harris.**

Franklin App. No. 07AP–137, 2008-Ohio-27. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., and O'CONNOR, J., dissent.

**2008–0549. Pelzl v. Greene Cty. Combined Health Dist.**

Greene App. No. 07–CA–05. On motion for immediate stay of court of appeals' judgment. Motion denied.

**2008–0578. State v. Pepka.**

Lake App. No. 2008–L–016. On motion to stay execution of sentence pending appeal. Motion denied.

**2008–0631. State v. Davis.**

Clark App. No. 07–CA–100, 2008-Ohio-753. On motion for stay of execution of proceedings. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2007–2389. State v. Thompson.**

Fairfield App. No. 2007–CA–00006, 2007-Ohio-6098.

O'CONNOR, J., would accept the appeal on Proposition of Law No. II only.

PFEIFER and O'DONNELL, JJ., dissent.